1   Taifusin Chiu,

2   4005 23rd ave apt J

3   Sacramento, CA 95820

**FILED**

MAY 0 6 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

4

5   United States District Court for the Eastern District of California

6   501 I Street

7   Sacramento, CA 95814

8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                                    2:22 - CV - 764 - KJM  AC  PS

13   ,                                No.
                Plaintiff, Taifusin Chiu
14

15                Or Saetern, Chiew Lio

16   v.

17   ,

18   Defendant. THE PRESIDENT OF US,

19   DONALD TRUMP/Storage, /Choke me story

20

21

22   999 USD Sextillion Number President Show Down

23   Achievement versus no achievement

24   Restrict versus picky

25   Boundary line versus border line

26
     Restrict versus picky on boundary line versus borderline on human right and law in
27
28   overall life achievement

1

1  The President Show Down

2  Sky and land overall life achievement fortune rank bond

3  Medal of Honor vs Purple Heart

4
5  World debt fighter

6  Free all debt case

7  Extra Space Storage Business building at 5051 Perry Ave and near Stockon Blvd. and at

8  12:15 pm on my way home from Colonial Height library. A male white or causian from

9  Storage or storage owner or manager or supervisor. He says he going to swing me for

10  no reason, and he threat me. He able to get to beat the cramp of the people anyone. He

11
12  made me angry and take advantage of beat the cramp of people or kill anyone he wants

13  because he is bigger than me. He able to take advantage on me. This incident happens

14  on May 3, 2022. Fight my world debt with me. He threats me and beat the cramp of

15  people and disabled people. He gets the owner beat the cramp or employees on Perry

16  Ave Street as highest achievement and obtain Medal of Honor award.

17  He says swing for no reason while I am walking on sidewalk and never walk into his

18  office or inside the gate while I am walk to Colonial Height library or make him rich or kill

19
20  you because you don't make me rich. He wants high expectation from me to pay him a

21  big money and pay him to leave me and make him very and financial or other leave

22  people along and stay away from people or stranger.

23  He threats people for free large of money worth gold or 60 story corporation or more. He

24  expectation me to pay him every day and make him very rich and benefit and tell him to

25  leave me along on storage next to library and he was outside state next to mexican

26
27  store. He has sued to close the business and take your business out of state or city,

28  county, country which the storage owner or employees don't get along with people. Find

2

a better location for better business and be peace and safety with people in your job, career, position, and salaries environmental and friendly neighborhood as highest achievement and obtain Medal of Honor award.

This our neighborhood and you don't be safe with our neighborhood close your business and take your business our city, county, country, and state which you can be safe, peacefully and get along with people as highest achievement and obtain Medal of Honor award.

This incident on 12:15pm, Thursday, May 3, 2022. Male causian.

He keeps cramp of you and expect me to give him certain amount of large free money or pay him a large amount of money to leave you alone and dispute all charge on you as threat. He takes advantage of me for free easy money and win my freebie easy money by threat me which he states, he just wants to be the cramp of me for now reason for easy target. He starts to act crazy on me and threat me or play 52/50 or 51/50. There is no such thing be at the wrong place the wrong time. Fight my world debt and free all debt and win it and no copycat under such a word and six sense word and 0 dot or 0 period or 0 second world debt as highest achievement and obtain Medal of Honor award You win two terms, The President of US and win world debt as highest achievement and obtain Medal of Honor award.

He states he say swung me or threat me and win world debt under such a word, a word, and any word whether spoken word or touching word as highest achievement and obtain Medal of Honor award.

Otherwise, keep your hand and your mouth clean or stay away from people.

He states he going to swung or beat the cramp of me under such a spoken and above and beyond and infinite bond of gold and generate each country and all countries and

3

1  free all debt as highest achievement and obtain Medal of Honor award.

2  He violates 0 dots, 0 word, 0 number, 0 punctuation mark, and 0 letter. He pressed

3  charge misdemeanor or felony and pursuit him against criminal record. Post bond for bail

4
5  $1000. Fine $1000. He is being sue for $1000. He or she presses charge $1000 and

6  above and beyond and infinite bond of gold and generate for each country and all

7  countries as highest achievement and obtain Medal of Honor award.

8  He expected me to pay him freebie easy money which he just has won easy free money

9  for jail for free easy storage money and dream on and above and beyond and infinite

10  bond of gold and generate each country and all countries and free all debt as highest

11  achievement and obtain Medal of Honor award.

12
13  He just threats me for easy free money and expect me to pay him for free easy money to

14  leave me alone or $100 Million or more or make you very rich. He has been sued for

15  threat $1000. And pay your certain of large money to leave people alone and make your

16  rich and reduce your business debt to 0 and win world debt and win free all debt as

17  highest achievement and obtain Medal of Honor award.

18  I don't talk to stranger.

19
20  I win four lu Mien Student Conference building, four lu Mien Student Conference Human

21  Resource building, four lu Mien Student Conference 60 Corporation building, four lu

22  Mien Student Conference 60 Headquarter building, and four lu Mien Student Conference

23  60 Organization building or other option one story corporation to 60 story building, one

24  story headquarter, and one story organization as highest achievement and obtain Medal

25  of Honor award.

26  Date: $5/5/2022$

27

28

4

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

1    Taifusin Chiu,

2    4005 23rd ave apt J

3    Sacramento, CA 95820

4

5    501 I Street

6    Sacramento, CA 95814

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11          ,                                    No.

             Plaintiff, Taifusin Chiu
12

13                        Or Saetern, Chiew Lio

14          v.

15          ,

16          Defendant. THE PRESIDENT OF US,

17    DONALD TRUMP/Storage, /Choke me story

18

19    _____

20

21

22    999 USD Beyond and infinite Number President Show Down

23    Achievement versus no achievement

24    Restrict versus picky

25    Boundary line versus border line

26    Restrict versus picky on boundary line versus borderline on human right and law in

27    overall life achievement   .

28

                                        6

The President Show Down

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

A gold creates as small as rice as big as sky and land and above and beyond and infinite and bail, free, destroy, and remove all debt from God, the creator and Goddess, the creator and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefit, and share all around the countries, and countrywide and return to my home country. I profit, benefit, and share all around the state and statewide and return to my home state. I profit, benefit, and share all around the city and citywide and return to my home city. I profit, benefit, and share all around the county and countywide and return to my home county and above and beyond and infinite bond of gold and generate each country and all countries and free all debt bond and free all debt as highest achievement and obtain Medal of Honor award.

Purple Heart effect

Test true or lie or lie detector

We, the people of US and I kill all word lie to the oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all word lie to under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and cheating on money

We, the people of Us and I kill all cheating and cheating on money, We, the people of

7

1  US and I am requesting the truth to be confession and obtain Purple Heart award.

2  We, the people of US and I test yes or no answer to the question

3  We, the people of US and I kill the word "no" and circle "yes" and obtain Purple Heart

4
5  award.

6  We, the people of US and I choose "wound" and "kill" from Purple Heart award.

7  We, the people of US and I choose "kill" in Purple Heart award.

8  We, the people of US and I choose "promote" in Preamble in US Constitution

9  We, the people of US and I promote kill to revive in Purple Heart award.

10  We, the people of US and I revive my highest achievement, a gold creates as small as

11
12  rice as big as sky and land and above and beyond and infinite and bail, free, destroy,

13  and remove all debt from God, the creator and Goddess, the creator and drop or small or

14  rice or 0 and drop as small as rice as 0 and profit, benefit, and share all around the

15  countries, and countrywide and return to my home country. I profit, benefit, and share all

16  around the state and statewide and return to my home state. I profit, benefit, and share

17  all around the city and citywide and return to my home city. I profit, benefit, and share all

18
19  around the county and countywide and return to my home county and above and beyond

20  and infinite bond of gold and generate each country and all countries and free all debt

21  bond and free all debt and obtain Medal of Honor award or Purple Heart award.

22      We, the people of US and I win this battle , a gold creates as small as rice as big

23  as sky and land and above and beyond and infinite and bail, free, destroy, and remove

24  all debt from God, the creator and Goddess, the creator and drop or small or rice or 0

25  and drop as small as rice as 0 and profit, benefit, and share all around the countries, and

26  countrywide and return to my home country. I profit, benefit, and share all around the

27
28  state and statewide and return to my home state. I profit, benefit, and share all around

8

the city and citywide and return to my home city. I profit, benefit, and share all around the county and countywide and return to my home county and above and beyond and infinite bond of gold and generate each country and all countries and free all debt bond and free all debt as highest achievement and obtain Medal of Honor award. We, the people of US and I win both award, Medal of Honor award and Purple Heart award.

Date: 5/5/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

Taifusin Chiu,

4005 23rd ave apt J

Sacramento, CA 95820

501 I Street

Sacramento, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No.

Plaintiff, Taifusin Chiu

Or Saetern, Chiew Lio

v.

Defendant. THE PRESIDENT OF US,

DONALD TRUMP/Storage, /Choke me story

999 USD Sextillion Number President Show Down

Achievement versus no achievement

Restrict versus picky

10

1  Boundary line versus border line

2  Restrict versus picky on boundary line versus borderline on human right and law in

3  overall life achievement

4
   The President Show Down
5

6  Sky and land overall life achievement fortune rank bond

7  World debt fighter

8  Free all debt case

9

10

11
   999 USD Beyond and infinite Number President Show Down
12
   Achievement versus no achievement
13

14  Restrict versus picky

15  Boundary line versus border line

16  Restrict versus picky on boundary line versus borderline on human right and law in

17  overall life achievement

18  The President Show Down

19
   Sky and land overall life achievement fortune rank bond
20

21  World debt fighter

22  Free all debt case

23  Such a period, a period, any period, such a punctuation mark, a punctuation mark, any

24  punctuation mark, such a number, a number, any number, such a letter, a letter, any

25  letter, such a word, a word, any word and create as small as rice as 0 or create or small

26  or rice or 0 or create as big as sky and land and above and beyond and infinite or create

27
   or big or sky and land and above and beyond and infinite and drop or small or rice or any
28

word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period or 0 and drop as rice as 0 and obtain Medal of Honor award.

Purple Heart effect

Test true or lie or lie detector

We, the people of US and I kill all lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all lie to oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and cheating on money

We, the people of US and I kill all cheating and cheating on money, We, the people of US and I am requesting the truth to the confession and obtain Purple Heart award.

We, the people of US and I kill test "yes" or "no" answer to the question

We, the people of US and I kill "no" and remove it safely and peacefully and answer to the question and obtain purple heart award.

We, the people of US and I test "wound" or "kill" from Purple Heart award.

We, the people of US and I choose "kill" from Purple Heart award.

We, the people of US and I choose "promote" from Preamble in US Constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, such a period, a period, any period, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word and create as small as rice as 0 or create or small or rice or 0 or create as big

12

as sky and land and above and beyond and infinite or create or big or sky and land and above and beyond and infinite and drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period or 0 and drop as rice as 0 and obtain Medal of Honor award or Purple Heart award.

As result a battle, such a period, a period, any period, such a punctuation mark, a punctuation mark, any punctuation mark, such a number, a number, any number, such a letter, a letter, any letter, such a word, a word, any word and create as rice as 0 and create or small or big or sky and land and above and beyond and infinite and drop or small or rice or any word, a word, such a word, any letter, a letter, such a letter, any number, a number, such a number, any punctuation mark, a punctuation mark, such a punctuation mark, any period, a period, such a period or 0 and drop as small as rice as 0 as highest achievement and obtain Medal of Honor award. We, the people of US and I win both Medal of Honor award and Purple Heart award.

Date: 5/5/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

13

1

2   Taifusin Chiu,

3   4005 23rd ave apt J

4   Sacramento, CA 95820

5

6   501 I Street

7   Sacramento, CA 95814

8

9

10                          UNITED STATES DISTRICT COURT

11                          EASTERN DISTRICT OF CALIFORNIA

12

13                                                          No.
        '
             Plaintiff, Taifusin Chiu

14

15                       Or Saetern, Chiew Lio

16          v.

17      '
            Defendant. THE PRESIDENT OF US,

18      DONALD TRUMP/Storage, /Choke me story

19

20

21

22

23   999 USD Beyond and infinite Number President Show Down

24   Achievement versus no achievement

25
     Restrict versus picky
26
27   Boundary line versus border line

28   Restrict versus picky on boundary line versus borderline on human right and law in

                                        14

1   overall life achievement

2   The President Show Down

3   Sky and land overall life achievement fortune rank bond

4
5   World debt fighter

6   Free all debt case

7   Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

8   a punctuation from such a word

9   Beyond such a period call 0, plagiarism, gross plagiarism, ghostwriter, unpaid order,

10  complaint, discipline, arrest, jail, prison, criminal, sin, California Penal code 653(B),

11
12  plagiarism record, gross plagiarism record, ghostwriter record, unpaid order record,

13  complaint record, discipline record, arrest record, jail record, prison record, criminal

14  record, and sin record as highest achievement and obtain Medal of Honor award.

15  Purple Heart effect

16  Test true or lie or lie detector

17  We, the people of US and I kill all lie under oath, We, the people of US and I am

18  requesting the truth to be confession and obtain Purple Heart award.

19
20  We, the people of US and I kill all lie to oath, We, the people of US and I am requesting

21  the truth to be confession and obtain Purple Heart award.

22  We, the people of US and I test cheating and cheating on money

23  We, the people of US and I kill all cheating and cheating on money, We, the people of

24  US and I am requesting the truth to the confession and obtain Purple Heart award.

25  We, the people of US and I kill test "yes" or "no" answer to the question

26  We, the people of US and I kill "no" and remove it safely and peacefully and answer to

27  the question and obtain purple heart award.

28

1   We, the people of US and I test "wound" or "kill" from Purple Heart award.

2   We, the people of US and I choose "kill" from Purple Heart award.

3   We, the people of US and I choose "promote" from Preamble in US Constitution

4
5   We, the people of US and I promote kill to revive in Purple Heart award.

6   We, the people of US and I revive my highest achievement, beyond such a period call 0,

7   plagiarism, gross plagiarism, ghostwriter, California Penal code 653(B),  unpaid order,

8   complaint, discipline, arrest, jail, prison, criminal, sin, plagiarism record, gross plagiarism

9   record, ghostwriter record, unpaid order record, complaint record, discipline record,

10  arrest record, jail record, prison record, criminal record, and sin record as highest

11
12  achievement and obtain Medal of Honor award or Purple heart award.

13  We, the people of US and I win both awards, beyond such a period call 0, plagiarism,

14  gross plagiarism, ghostwriter, unpaid order, California Penal code 653(B), complaint,

15  discipline, arrest, jail, prison, criminal, sin, plagiarism record, gross plagiarism record,

16  ghostwriter record, unpaid order record, complaint record, discipline record, arrest

17  record, jail record, prison record, criminal record, and sin record as highest achievement

18  and obtain Medal of Honor award. We, the people of US and I win both award, Medal of

19  Honor award and Purple Heart award.

20

21

22  Date: 5/5/2022

23

24  Your signature

25  Saetern, Chiew Lio aka Chiu, Taifusin

26  YOUR NAME

27  IN PRO PER

28

16

1   Taifusin Chiu,

2   4005 23rd ave apt J

3   Sacramento, CA 95820

4

5   501 I Street

6   Sacramento, CA 95814

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12                                            No.

13            Plaintiff, Taifusin Chiu

14                      Or Saetern, Chiew Lio

15         v.

16

17         Defendant. THE PRESIDENT OF US,

18         DONALD TRUMP/Storage, /Choke me story

19

20

21   Need to print

22

23

24   999 USD Beyond and Infinite Number President Show Down

25   Achievement versus no achievement

26   Restrict versus picky

27   Boundary line versus border line

28

                                17

1  Restrict versus picky on boundary line versus borderline on human right and law in

2  overall life achievement

3  The President Show Down

4
5  Sky and land overall life achievement fortune rank bond

6  World debt fighter

7  Free all debt case

8  Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

9  a punctuation from such a word

10  Before such a period an error, plagiarism, gross plagiarism, ghostwriter, unpaid order,

11  complaint, discipline, arrest, jail, prison, criminal, sin, California Penal code 653(B),
12
13  plagiarism record, gross plagiarism record, ghostwriter record, unpaid order record,

14  complaint record, discipline record, arrest record, jail record, prison record, criminal

15  record, and sin record as highest achievement and obtain Medal of Honor award.

16  Purple Heart effect

17  Test true or lie or lie detector

18  We, the people of US and I kill all lie under oath, We, the people of US and I am

19  requesting the truth to be confession and obtain Purple Heart award.
20
21  We, the people of US and I kill all lie to oath, We, the people of US and I am requesting

22  the truth to be confession and obtain Purple Heart award.

23  We, the people of US and I test cheating and cheating on money

24  We, the people of US and I kill all cheating and cheating on money, We, the people of

25  US and I am requesting the truth to the confession and obtain Purple Heart award.

26  We, the people of US and I kill test "yes" or "no" answer to the question
27
28  We, the people of US and I kill "no" and remove it safely and peacefully and answer to

18

1   the question and obtain purple heart award.

2   We, the people of US and I test "wound" or "kill" from Purple Heart award.

3   We, the people of US and I choose "kill" from Purple Heart award.

4
5   We, the people of US and I choose "promote" from Preamble in US Constitution

6   We, the people of US and I promote kill to revive in Purple Heart award.

7   We, the people of US and I revive my highest achievement, before such a period an

8   error, plagiarism, gross plagiarism, ghostwriter, unpaid order, complaint, discipline,

9   arrest, jail, prison, criminal, sin, California Penal code 653(B), plagiarism record, gross

10  plagiarism record, ghostwriter record, unpaid order record, complaint record, discipline

11
12  record, arrest record, jail record, prison record, criminal record, and sin record as highest

13  achievement and obtain Medal of Honor award or Purple Heart award

14  We, the people of US and I win both awards, before such a period an error, plagiarism,

15  gross plagiarism, ghostwriter, unpaid order, complaint, discipline, arrest, jail, prison,

16  criminal, sin, California Penal code 653(B), plagiarism record, gross plagiarism record,

17  ghostwriter record, unpaid order record, complaint record, discipline record, arrest

18  record, jail record, prison record, criminal record, and sin record as highest achievement

19  and obtain Medal of Honor award. We, the people of US and I win both award, Medal of

20
21  Honor award and Purple Heart award.

22

23

24  Date: 5/5/2022

25

26  Your signature

27

28  Saetern, Chiew Lio aka Chiu, Taifusin

19

Chu, Taifus cn

YOUR NAME

IN PRO PER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Taifusin Chiu,

4005 23rd ave apt J

Sacramento, CA 95820


501 I Street

Sacramento, CA 95814




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


|  | No. |
|---|---|
| Plaintiff, Taifusin Chiu | |
| Or Saetern, Chiew Lio | |
| v. | |
| Defendant. THE PRESIDENT OF US, | |
| DONALD TRUMP/Storage, /Choke me story | |

999 USD Beyond and Infinite Number President Show Down

Achievement versus no achievement

Restrict versus picky

21

1   Boundary line versus border line

2   Restrict versus picky on boundary line versus borderline on human right and law in

3   overall life achievement

4
    The President Show Down
5
6   Sky and land overall life achievement fortune rank bond

7   World debt fighter

8   Free all debt case

9   He violates 0 dot. He presses charge misdemeanor not found arrest, or misdemeanor

10  found arrest, or felony arrest. He files arrest and book in jail. He has been suing for

11
    $1000. Fine $1000. Post bond for bail $1000. He has pressed charge $1000 and book in
12
13  jail for threat and he state he say he going to swing on under such a word and six sense

14  word on such a word and such a word is spoken word and above and beyond and

15  infinite bond of gold and free all debt bond and generate for each country and all

16  countries and free all debt as highest achievement and obtain Medal of Honor award.

17

18

19  Date: 5/5/2022
20
21
22                                              Your signature

23                                              Saetern, Chiew Lio aka Chiu, Taifusin

24                                              YOUR NAME

25

26

27

28

                                    22

Taifusin Chiu,

4005 23rd ave apt J

Sacramento, CA 95820


501 I Street

Sacramento, CA 95814




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


|  | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| | |
| Or Saetern, Chiew Lio | |
| v. | |
| | |
| , | |
| Defendant. THE PRESIDENT OF US, | |
| DONALD TRUMP/Storage, /Choke me story | |




999 USD Beyond and Infinite Number President Show Down

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

23

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

Such a period is equal to such a dot. Such a period from such a punctuation mark. Such a punctuation from such a word

Such a period is equal to such a dot. Such a period from such a punctuation mark. Such a punctuation from such a word

Six sense word

**Thinking word**

I think he think such a word, swung you or me and above and beyond and infinite bond of gold and generate each country and all countries as highest achievement and obtain Medal of Honor award.

**Visual word**

I think he see me or look at me or look at my paper or such a word, a word, any word, such a paper, a paper, any paper, such a thing, a thing, anything above and beyond and infinite bond of gold and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

**Smelling Word**

He smells fresh air or take a deep breath known as such a word, a word, or any word and above and beyond and infinite bond of gold and generate each country and all countries as highest achievement and obtain Medal of Honor award.

24

**Hearing word**

I hear he speak a such a word, a word, or any word, swing or swung at me which he has warning me for no reason at court and above and beyond and infinite bond of gold and generate each country and all countries as highest achievement and obtain Medal of Honor award.

**Spoken word**

He spoken or speak a such a word, a word, or any word, swing or swung at me which he has warning me for no reason and above and beyond and infinite bond of gold and generate each country and all countries as highest achievement and obtain Medal of Honor award.

**Tasting word**

I see he taste such a word, a word, or any word, swing or swung at me which he has warning me for no reason which he speaks and taste bubble of water in his mouth which he created or tasting word and above and beyond and infinite bond of gold and generate each country and all countries as highest achievement and obtain Medal of Honor award.

**Touching word**

He or she say he going to swung me for no reason, but he didn't me. He touches my paper under touching word and above and beyond and infinite bond of gold and generate for each country and all countries as highest achievement and obtain Medal of Honor award.

Written word

He or she write a such a word, a word, any word, known as misdemeanor or felony, arrest, sue, such a period, a period, any period or throw such a paper, a paper, any

1  paper turns into such a record, a record, any record. He has violated 0 paper, 0 dot, 0

2  thing. He or she has pressed misdemeanor or felony and pursuit against him or her as

3  criminal record. he or she file arrest and book in jail. Post bond for bail $1000. Fine

4
5  $1000. He or she press charge $1000. He or she is being sue $1000 and above and

6  beyond and infinite bond of gold and free all debt bond and generate each country and

7  all countries and free all debt as highest achievement and obtain Medal of Honor award.

8

9  Such a word, a word, any word known as such a paper, a paper, any paper, such a

10  thing, a thing, anything or 51/50 win world debt and free all debt as highest achievement

11  and obtain Medal of Honor award.

12
13  He or she violates 0 dot. He or she pressed charge misdemeanor or felony and pursuit

14  against him or her as criminal record. He or she file arrest and book in jail. Post bond for

15  bail $1000. Fine $1000. He or she pressed charge $1000. He or she has been sued

16  $1000 and above and beyond and infinite bond of gold and generate each country and

17  all countries and free all debt bond and free all debt as highest achievement and obtain

18  Medal of Honor award.

19

20

21

22

23  Date: 5/5/2022

24

25  Your signature

26

27  Saetern, Chiew Lio aka Chiu, Taifusin

28  YOUR NAME

26

1                                           IN PRO PER

2

3      Taifusin Chiu,

4      4005 23rd ave apt J

5      Sacramento, CA 95820

6

7      501 I Street

8      Sacramento, CA 95814

9

10

11                             UNITED STATES DISTRICT COURT

12                             EASTERN DISTRICT OF CALIFORNIA

13

14

15              Plaintiff, Taifusin Chiu                    No.

16

17                          Or Saetern, Chiew Lio

18              v.

19      '
              Defendant. THE PRESIDENT OF US,

20      DONALD TRUMP/Extra Space Storage,

21              /Choke me story

22

23

24

25

26

27
        999 USD Beyond and Infinite Number President Show Down
28

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in

overall life achievement

The President Show Down

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

a punctuation from such a word

Six sense word

**Thinking word**

I think he think such a word or a plan on my case and above and beyond and infinite

bond of gold and generate each country and all countries and free all debt as highest

achievement and obtain Medal of Honor award.

**Visual word**

I think he see me or look at me or look at my paper or such a period, a period, any

period, such a paper, a paper, any paper, such a thing, a thing, anything above and

beyond and infinite bond of gold and generate each country and all countries and free all

debt as highest achievement and obtain Medal of Honor award.

**Smelling Word**

He smells fresh air or take a deep breath known as such a period, a period, or any period from a paper and above and beyond and infinite bond of gold and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

**Hearing word**

I hear he speak a such a period, a period, or any period at me which he has warning me for no reason at court and above and beyond and infinite bond of gold and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

**Spoken word**

He spoken or speak a such a period, a period, or any period, at me which he has warning me for no reason and above and beyond and infinite bond of gold and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

**Tasting word**

I see he taste such a period, a period, or any period, swing which he spoke swung at me which he has warning me for no reason which he speaks and taste bubble of water in his mouth which he created or tasting word with the period at the end of the sente and above and beyond and infinite bond of gold and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

**Touching word**

He or she say he going to swung me for no reason, but he didn't me. He touches my paper under touching word and above and beyond and infinite bond of gold and

29

generate for each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

Written word

He or she write a such a word, a word, any word, known as misdemeanor or felony, arrest, sue, such a period, a period, any period or throw such a paper, a paper, any paper turns into such a record, a record, any record. He has violated 0 paper, 0 dot, 0 thing. He or she has pressed misdemeanor or felony and pursuit against him or her as criminal record. he or she file arrest and book in jail. Post bond for bail $1000. Fine $1000. He or she press charge $1000. He or she is being sue $1000 and above and beyond and infinite bond of gold and free all debt bond and generate each country and all countries and free all debt as highest achievement and obtain Medal of Honor award.

He or she violates 0 dot. He or she pressed charge misdemeanor or felony and pursuit against him or her as criminal record. He or she file arrest and book in jail. Post bond for bail $1000. Fine $1000. He or she pressed charge $1000. He or she has been sued $1000 and above and beyond and infinite bond of gold and generate each country and all countries and free all debt bond and free all debt as highest achievement and obtain Medal of Honor award.

He or she violates 0 word, 0 number, 0 letter, 0 punctuation mark, and 0 period or 0 dot, if necessary which word substitution.

Word substitution for a punctuation mark, and punctuation mark substitution word, word substitution for number, number substitution word, word substitution letter, letter

1  substitution for word, and word substitution a period and above and beyond and infinite

2  bond of gold and generate for each country and all country and free all debt bond and

3  free all debt as highest achievement and obtain Medal of Honor award

4

5

6

7

8  Date: 5/5/2022

9

10  Your signature

11  Saetern, Chiew Lio aka Chiu, Taifusin

12  YOUR NAME

13  IN PRO PER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    Taifusin Chiu,

3    4005 23rd ave apt J

4    Sacramento, CA 95820

5

6    501 I Street

7    Sacramento, CA 95814

8

9

10                          UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

13                                                    No.
         ,
14           Plaintiff, Taifusin Chiu

15
                    Or Saetern, Chiew Lio
16
              v.
17
         ,
18         Defendant. THE PRESIDENT OF US,

19       DONALD TRUMP/Storage,  /Choke me story

20

21

22

23

24

25
     999 USD Beyond and Infinite Number President Show Down
26
     Achievement versus no achievement
27
     Restrict versus picky
28

                                    32

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in

overall life achievement

The President Show Down

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

Sky and land overall life achievement fortune rank bond

World debt fighter

Free all debt case

Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

a punctuation from such a word

Six sense word

Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

a punctuation from such a word

Six sense word


**Standard pay rate and current pay rate**

**High school diploma and without high school diploma:**          **$8.25 per**

**hour**

**Campus Job**                                                    **$9.00 per**

**hour**

**Certificate of achievement**                                    **$10.50 per**

**hour**

| | |
|---|---|
| **Associate Degree** | **$15.38 per hour** |
| **Bachelor Degree** | **$28.00 per hour** |
| **Master Degree** | **$35.00 per hour** |
| **PH.D. Degree or Doctor Degree** | **$45.00 per hour** |
| **The President of US** | **$192.38 per hour** |

**Unemployment pay rate**

| | |
|---|---|
| **SSI check** | **$930 monthly** |
| **Joint** | **$770 monthly** |
| **Other SSI check** | **$660 monthly** |
| **Welfare** | **$525 monthly** |
| **Foodstamp or Calfresh** | **$200** |
| **EDD** | **$40** |
| **GA** | **$40** |
| **Financial aid** | **$1700** |
| **Federal work study** | **$1200** |

**I share better pay rate with all employers and employees**

High School diploma and without high school diploma          $above and beyond and infinite per milliseconds

Sick leave, retirement, 401k,

Campus Job College                                        $ above and beyond and infinite per milliseconds

Sick leave, retirement, 401k,

1  Certificate of Achievement                      $ above and beyond and infinite per milliseconds

2  Sick leave, retirement, 401k,

3

4  Associate degree                                $ above and beyond and infinite per milliseconds

5  Sick leave, retirement, 401k,

6

7  Bachelor Degree                                 $ above and beyond and infinite per milliseconds

8  Sick leave, retirement, 401k,

9

10 Master Degree                                   $above and beyond and infinite per milliseconds

   Sick leave, retirement, 401k,

11

12

13 PH.D. or Doctor Degree                          $ above and beyond and infinite per milliseconds

   Sick leave, retirement, 401k,

14

15 The President of US or The President of Country  $ above and beyond and infinite per milliseconds

16 Sick leave, retirement, 401k,

17

18

19 Welfare   $ above and beyond and infinite per milliseconds

20 Foodstamp or Calfresh $ above and beyond and infinite per milliseconds

21 SSI check

22 $ above and beyond and infinite per milliseconds

23 Joint $ above and beyond and infinite per milliseconds

24 Single $ above and beyond and infinite per milliseconds

25 EDD $ above and beyond and infinite per milliseconds

26 GA $ above and beyond and infinite per milliseconds

27 Other government free money $ above and beyond and infinite per milliseconds

28

35

1   Financial aid $above and beyond and infinite per milliseconds  community college and make adjustable

2   increase for state of University, University of California, University,

3   Cal Grant $above and beyond and infinite per milliseconds

4   Volunteer job and donation for employees and donation to employees or for employees as gift for a start a

5   head for a car

6   Volunteer/Paid  and donation

7   Volunteer/ and donation to employees or for employees as gift for a start a head for car.

8   Unpaid internship and donation to employees or for employees as gift for a start a head for car.

9

10

11   Unemployment pay rate $ above and beyond and infinite per milliseconds

12   Federal work study                                                                    and make adjustable

13   for campus job pay rate

14   Other government free money and government free benefits are available and

15   adjustable

16   I profit, benefit, and share all countries including Thailand and Laos as highest

17   achievement and obtain Medal of Honor award.

18

19

20

21

22   As result a battle, I win one-term, The President of US, Chiu, Taifusin. I am The

23   President of US, Chiu, Taifusin. I create the bill, sign the bill, pass the bill, win the bill,

24   approve the bill, and winner-take-all system as highest achievement and obtain Medal of

25   Honor award.

26

27

28   I am setting court date for hearing as highest achievement and obtain Medal of Honor

award.

I gamble and win one portion and share one portion or 50$% with attorney or judge as

highest achievement and obtain Medal of Honor award.

Date: 5/5/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

1
2
3
4   Taifusin Chiu,
5   4005 23rd ave apt J
6   Sacramento, CA 95820
7
8   501 I Street
9   Sacramento, CA 95814
10
11
12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
14
15          ,                              No.
               Plaintiff, Taifusin Chiu
16
17                   Or Saetern, Chiew Lio
18          v.
19          ,
20          Defendant. THE PRESIDENT OF US,
21          DONALD TRUMP/Storage /Choke me story
22
23   ─────────────────────────────────
24
25
26
27   999 USD Beyond and Infinite Number President Show Down
28
                              38

1  Achievement versus no achievement

2  Restrict versus picky

3  Boundary line versus border line

4
5  Restrict versus picky on boundary line versus borderline on human right and law in

6  overall life achievement

7  The President Show Down

8  Sky and land overall life achievement fortune rank bond

9  World debt fighter

10  Free all debt case

11
12  Sky and land overall life achievement fortune rank bond

13  World debt fighter

14  Free all debt case

15  Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

16  a punctuation from such a word

17  Six sense word

18  Such a period is equal to such a dot. Such a period from such a punctuation mark. Such

19
20  a punctuation from such a word

21  Six sense word

22

23  A person kill another person without weapon award.

24  He or she state beat the cramp of you. He or she start to hide somewhere it the

25  workplace and come out a workplace. He or she take a knife or gun stable you. I think

26
27  you going to kill me. I have no choice to kill you first. He or she play psycho beat each

28  other to the point kill him or her for large money. He or she expect to pay him or her a

1 | large money every time and make him or her rich and pay him or her to leave you alone.

2 | He or she say, "I pay you to leave me alone." He or she take advantage of him or her

3 | easy free money and win easily free money. leave people alone and
4 | close the business call SSI check.

6 | As result a battle, I win one-term, The President of US, Chiu, Taifusin. I am The

7 | President of US, Chiu, Taifusin. I create the bill, sign the bill, pass the bill, win the bill,

8 | approve the bill, and winner-take-all system as highest achievement and obtain Medal of

9 | Honor award.

11 | I am setting court date for hearing as highest achievement and obtain Medal of Honor
12 | award.
13 |
14 | I gamble and win one portion and share one portion or 50$% with attorney or judge as
15 | highest achievement and obtain Medal of Honor award.

16 | Date: 5/6/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

40